

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2015

No. 04-14-00785-CV

Mary Ann **CASTRO**,
Appellant

v.

Manuel **CASTRO**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-15957
Honorable Janet P. Littlejohn, Judge Presiding

# O R D E R

Appellee's brief was originally due April 29, 2015. When no brief was filed, this court notified appellee's counsel. Ultimately, appellee's counsel filed a motion to withdraw and a motion to extend the time for appellee to file his brief. The court granted the motion to withdraw and the requested extension, making appellee's brief due June 19, 2015 – fifty-one days from the original due date. Appellee has now filed a pro se motion to extend time to file his brief, asking for an additional sixty days to file his brief. We **GRANT THE MOTION IN PART AND DENY IT IN PART**. We **ORDER** appellee to file his brief **on or before July 28, 2015**, giving appellee an additional thirty-nine days to file his brief – as opposed to the sixty days requested – for a total of ninety days from the original due date. Appellee is advised that **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED WITHOUT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**. Appellee is also advised that any brief filed must comply with Rule 38.1 of the Texas Rules of Appellate Procedure, which can be found on this court's website.

We **order** the clerk of this court to send a copy of this order to appellant and appellee.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2015.



Keith E. Hottle
Clerk of Court